In the Matter of JOHN M. O'GRADY, as President of Retail Wine and Liquor Employees Union Local 122 AFL-CIO, Respondent, v. MARTIN WINE AND SPIRITS CORP., Appellant

Concur — Botein, P. J., Stevens, Capozzoli, Tilzer and McGivern, JJ.

In the Matter of SPOTLESS STORES, INC., Respondent, v. CLEANERS, DYERS, PRESSERS, DRIVERS & ALLIED TRADES UNION, LOCAL 239, A. C. W. A., Appellant

Concur — Stevens, J. P., Eager, Capozzoli, Tilzer and McGivern, JJ.